JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SADOWSKI, | No. 5:23-cv-01540-SSS-SHKx |
| Plaintiff, | |
| v. | **FINAL JUDGMENT AND PERMANENT INJUNCTION** |
| PACKAGE DEPO, LLC, | |
| Defendant. | |

Consistent with this Court's Order granting Plaintiff's motion for default judgment [Dkt. 20], it is hereby **ORDERED AND ADJUDGED** that:

1. Judgment is hereby entered in favor of Plaintiff Christopher Sadowski, and against Defendant Package Depo, LLC.

2. Plaintiff Christopher Sadowski shall recover from Defendant Package Depo, LLC the principal sum of **$21,600.00** consisting of statutory damages for copyright infringement.

3. Defendant Package Depo, LLC, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Defendant Package Depo, LLC, are permanently enjoined from (a) directly or indirectly infringing Plaintiff Christopher Sadowski's copyright or continuing to market, offer, sell, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop, or manufacture any work derived or copied from Plaintiff Christopher Sadowski's copyrighted photographs or to participate or assist in any such activity; and (b) directly or indirectly reproducing, displaying, distributing, otherwise using, or retaining any copy, whether in physical or electronic form, of any copyrighted photograph owned by Plaintiff Christopher Sadowski.

/ / /

/ / /

4.   The Court retains jurisdiction to enforce the Final Judgment and Permanent Injunction.

**IT IS SO ORDERED.**

Dated: February 13, 2024

_____
SUNSHINE S. SYKES
United States District Judge